**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01490-AP

**LILLIAN DANIEL,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Paul Radosevich
    Attorney at Law
    1621 York Street
    Denver, CO 80206
    Telephone: 303-377-1300
    E-mail: Presq@worldnet.att.net

    For Defendant:
    Bonnie E. Sims
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Telephone: (303) 844-7278
    Fax: (303) 844-0770
    E mail: bonnie.sims@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**  July 16, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** July 24, 2007

    C.    **Date Answer and Administrative Record Were Filed:** September 17, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

      A.    **Plaintiff's Opening Brief Due:** October 10, 2007

      B.    **Defendant's Response Brief Due:** November 28, 2007

      C.    **Plaintiff's Reply Brief Due:** December 13, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

      A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **( X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 2nd day of October, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Paul Radosevich<br>Paul Radosevich<br>Attorney at Law<br>1621 York Street<br>Denver, CO 80206<br>Telephone: 303-377-1300<br>E-mail: Presq@worldnet.att.net | UNITED STATES ATTORNEY<br><br>s/Bonnie E. Sims<br>By: Bonnie E. Sims<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-7278<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br>Attorney for Defendant(s) |