IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01490-REB

LILLIAN DANIEL,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

     Defendant.

# ORDER

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Stipulated Motion For Award of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412** [#26] filed September 2, 2008. After careful review of the stipulation and the file, the court has concluded that the motion should be granted and that attorney fees should be awarded to the plaintiff.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Award of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412** [#26] filed September 2, 2008, is **GRANTED**; and

2. That defendant **SHALL PAY** $5,432.00 to plaintiff for attorney fees under the EAJA.

Dated September 2, 2008, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**